## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Lori Ann Glover**
      **aka Lori A. Glover**
      **aka Lori Glover**
      **Stacey Phillip Glover**
      **aka Stacey Glover**
      **aka Stacey P. Glover**

**BK NO. 19-04678 RNO**

**Chapter 13**

                       **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                         Respectfully submitted,

                         **/s/ James C. Warmbrodt, Esquire**
                         James C. Warmbrodt, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322