```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania

In re:                                                    Case No. 19-04678-RNO
Stacey Phillip Glover                                     Chapter 13
Lori Ann Glover
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-5           User: KarenDavi       Page 1 of 2        Date Rcvd: Dec 04, 2019
                               Form ID: ntnew341      Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db/jdb        Stacey Phillip Glover,   Lori Ann Glover,   2208 Creek Rd,   Kingsley, PA  18826-6614
5264616       Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE  19899-8803
5264617       Brclysbankde,    125 S West St,   Wilmington, DE  19801-5014
5264618       Cap1/dbarn,   PO Box 30258,   Salt Lake City, UT  84130-0258
5264620       Citicards Cbna,   PO Box 6217,   Sioux Falls, SD  57117-6217
5264622       Comenitycb/myplacerwds,   PO Box 182120,   Columbus, OH  43218-2120
5271690      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
              Detroit, MI.  48255-0953)
5264625       Ford Motor Credit Comp,   PO Box 542000,   Omaha, NE  68154-8000
5264613       Glover Lori Ann,   2208 Creek Rd,   Kingsley, PA  18826-6614
5264612       Glover Stacey Phillip,   2208 Creek Rd,   Kingsley, PA  18826-6614
5276214      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
              c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5264626       Jpmcb Card,   PO Box 15369,   Wilmington, DE  19850-5369
5264614       Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA  18701-1708
5269815      +M&T Bank,   P.O. Box 1508,   Buffalo, NY  14240-1508
5264631       M&T Bank Mortgage,   PO Box 900,   Millsboro, DE  19966-0900
5264632       MRS BPO, LLC,   1930 Olney Ave,   Cherry Hill, NJ  08003-2016
5264633       RAS LaVrar, LLC,   425 Commerce Dr Ste 150,   Fort Washington, PA  19034-2727
5264634       SoFi Lending Corp,   PO Box 734297,   Dallas, TX  75373-4297
5264640       Td Auto Finance,   PO Box 9223,   Farmington, MI  48333-9223
5264641       Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2019 19:05:30
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5264615       E-mail/Text: bnc@alltran.com Dec 04 2019 19:04:03      Alltran Financial LP,   PO Box 722929,
              Houston, TX  77272-2929
5264619       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2019 19:05:27
              Capital One Bank USA N,   PO Box 30281,   Salt Lake City, UT  84130-0281
5264621       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 04 2019 19:04:11      Comenitybank/eddiebaur,
              PO Box 182789,   Columbus, OH  43218-2789
5264623       E-mail/PDF: creditonebknotifications@resurgent.com Dec 04 2019 19:17:25      Credit One Bank NA,
              PO Box 98872,   Las Vegas, NV  89193-8872
5264624       E-mail/Text: mrdiscen@discover.com Dec 04 2019 19:04:01      Discover Bank,   PO Box 30954,
              Salt Lake City, UT  84130-0954
5267326      +E-mail/Text: dplbk@discover.com Dec 04 2019 19:04:25      Discover Personal Loans,
              PO Box 30954,   Salt Lake City, UT 84130-0954
5264627       E-mail/Text: bncnotices@becket-lee.com Dec 04 2019 19:04:05      Kohls/capone,   PO Box 3115,
              Milwaukee, WI  53201-3115
5264628       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 19:17:07      LVNV Funding LLC,
              c/o Resurgent Capital Services, LP,   PO Box 10466,   Greenville, SC  29603-0466
5264629       E-mail/Text: camanagement@mtb.com Dec 04 2019 19:04:09      M & T Bank,   1 Fountain Plz Fl 4,
              Buffalo, NY  14203-1420
5264630       E-mail/Text: camanagement@mtb.com Dec 04 2019 19:04:09      M&T Bank,   PO Box 900,
              Millsboro, DE  19966-0900
5264638       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:14      Syncb/Sams Club,   PO Box 965005,
              Orlando, FL  32896-5005
5264639       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:27      Syncb/Sams Club DC,
              PO Box 965005,   Orlando, FL  32896-5005
5264635       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:16      Syncb/jcp,   PO Box 965007,
              Orlando, FL  32896-5007
5264636       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:15      Syncb/lowes,   PO Box 956005,
              Orlando, FL  32801
5264637       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:29      Syncb/oldnavydc,   PO Box 965005,
              Orlando, FL  32896-5005
5265941      +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 19:05:14      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 17


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Jason Paul Provinzano   on behalf of Debtor 2 Lori Ann Glover MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 1 Stacey Phillip Glover MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stacey Phillip Glover,
aka Stacey Glover, aka Stacey P. Glover,

Chapter     13

**Debtor 1**

Case No.     5:19–bk–04678–RNO

Lori Ann Glover,
aka Lori A. Glover, aka Lori Glover,

**Debtor 2**

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 77 East Market Street, Wilkes–Barre, PA 18701 | Date: January 13, 2020 |
| | Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 4, 2019 |

ntnew341 (04/18)