```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-04678-RNO
Stacey Phillip Glover                                                     Chapter 13
Lori Ann Glover
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 2          Date Rcvd: Jan 15, 2020
                              Form ID: ntcnfhrg        Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db/jdb         Stacey Phillip Glover,    Lori Ann Glover,    2208 Creek Rd,    Kingsley, PA  18826-6614
5264616        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
5264617        Brclysbankde,    125 S West St,    Wilmington, DE  19801-5014
5264618        Cap1/dbarn,    PO Box 30258,    Salt Lake City, UT  84130-0258
5283072        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5288648        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5264620        Citicards Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
5264622        Comenitycb/myplacerwds,    PO Box 182120,    Columbus, OH  43218-2120
5271690       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
               Detroit, MI.  48255-0953)
5264625        Ford Motor Credit Comp,    PO Box 542000,    Omaha, NE  68154-8000
5264613        Glover Lori Ann,    2208 Creek Rd,    Kingsley, PA  18826-6614
5264612        Glover Stacey Phillip,    2208 Creek Rd,    Kingsley, PA  18826-6614
5276214       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5264626        Jpmcb Card,    PO Box 15369,    Wilmington, DE  19850-5369
5264614        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5269815       +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
5264631        M&T Bank Mortgage,    PO Box 900,    Millsboro, DE  19966-0900
5264632        MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
5286833       +Midland Funding LLC,    PO Box 2037,    Warren, MI 48090-2037
5264633        RAS LaVrar, LLC,    425 Commerce Dr Ste 150,    Fort Washington, PA  19034-2727
5264634        SoFi Lending Corp,    PO Box 734297,    Dallas, TX  75373-4297
5289860       +TD Auto Finance LLC,    s/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
               Latham New York 12110-2100
5264640        Td Auto Finance,    PO Box 9223,    Farmington, MI  48333-9223
5264641        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 21:02:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5264615        E-mail/Text: bnc@alltran.com Jan 15 2020 20:43:55     Alltran Financial LP,    PO Box 722929,
               Houston, TX  77272-2929
5280070        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:48:15
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
5264619        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 20:48:15
               Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5264621        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 20:44:19     Comenitybank/eddiebaur,
               PO Box 182789,    Columbus, OH  43218-2789
5264623        E-mail/PDF: creditonebknotifications@resurgent.com Jan 15 2020 20:49:29     Credit One Bank NA,
               PO Box 98872,    Las Vegas, NV  89193-8872
5264624        E-mail/Text: mrdiscen@discover.com Jan 15 2020 20:43:53     Discover Bank,    PO Box 30954,
               Salt Lake City, UT  84130-0954
5267326       +E-mail/Text: dplbk@discover.com Jan 15 2020 20:45:23     Discover Personal Loans,
               PO Box 30954,    Salt Lake City, UT 84130-0954
5288653        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 15 2020 20:45:01     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
5264627        E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 20:43:58     Kohls/capone,    PO Box 3115,
               Milwaukee, WI  53201-3115
5264628        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:39     LVNV Funding LLC,
               c/o Resurgent Capital Services, LP,    PO Box 10466,    Greenville, SC  29603-0466
5280390        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:39     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5264629        E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13     M & T Bank,    1 Fountain Plz Fl 4,
               Buffalo, NY  14203-1420
5288630        E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13     M&T Bank,    PO Box 840,
               Buffalo, NY 14240
5264630        E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13     M&T Bank,    PO Box 900,
               Millsboro, DE  19966-0900
5285844        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:48:28
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5287485        E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2020 20:44:30
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5287484        E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2020 20:44:31
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
5264638        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:04     Syncb/Sams Club,    PO Box 965005,
               Orlando, FL  32896-5005
5264639        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:03     Syncb/Sams Club DC,
               PO Box 965005,    Orlando, FL  32896-5005
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5264635        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:02      Syncb/jcp,    PO Box 965007,
               Orlando, FL   32896-5007
5264636        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:02      Syncb/lowes,    PO Box 956005,
               Orlando, FL   32801
5264637        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:03      Syncb/oldnavydc,   PO Box 965005,
               Orlando, FL   32896-5005
5265941       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:49:03      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5288695*      +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Lori Ann Glover MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Stacey Phillip Glover MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Stacey Phillip Glover,<br>aka Stacey Glover, aka Stacey P. Glover, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–04678–RNO |
| Lori Ann Glover,<br>aka Lori A. Glover, aka Lori Glover, | |
| **Debtor 2** | |

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom #2, 197 South Main<br>Street, Wilkes–Barre, PA 18701 | Date: March 4, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)