UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STACEY PHILLIP GLOVER AND LORI ANN
GLOVER AKA LORI A. GLOVER AKA LORI
GLOVER

    Debtors.

BANKRUPTCY NO. 19-bk-04678-RNO

CHAPTER 13

TD AUTO FINANCE LLC,

    Movant

    v.

STACEY PHILLIP GLOVER AND LORI ANN
GLOVER AKA LORI A. GLOVER AKA LORI
GLOVER,

    Debtors

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

TD Auto Finance LLC, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    April 13, 2020
             Latham, New York

    /s/ Martin A Mooney
    Martin A. Mooney, Esq. Attorney ID #2327864
    SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
    Attorneys for TD Auto Finance LLC
    Office and P.O. Address
    950 New Loudon Road
    Suite 109
    Latham, New York 12110
    Phone: (518) 786-9069
    E-Mail: MMooney@schillerknapp.com

TO:    Court Clerk
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, Pennsylvania 18701

Jason Paul Provinzano, Esq.
294 Main Street
Dupont, Pennsylvania 18641

Charles J. DeHart, III, Esq. (Trustee)
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Office of the United States Trustee
(Middle District of Pennsylvania) (US Trustee)
228 Walnut Street, 11th Floor
P.O. Box 969
Harrisburg, Pennsylvania 17101

19-11360

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
STACEY PHILLIP GLOVER AND LORI ANN GLOVER AKA LORI A. GLOVER AKA LORI GLOVER

BANKRUPTCY NO. 19-bk-04678-RNO

CHAPTER 13

Debtors.

TD AUTO FINANCE LLC,

    Movant

    v.

STACEY PHILLIP GLOVER AND LORI ANN GLOVER AKA LORI A. GLOVER AKA LORI GLOVER,

    Debtors

## CERTIFICATE OF SERVICE

I, Martin A. Mooney, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on April 13, 2020 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

**E-Mail Service:** via CM/ECF e-mail notification to the following:

| | |
|---|---|
| Charles J. DeHart, III, Esq.<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>cdehart@pamd13trustee.com | Office of the United States Trustee<br>(Middle District of Pennsylvania)<br>228 Walnut Street, 11th Floor<br>P.O. Box 969<br>Harrisburg, Pennsylvania 17101 |
| | Jason Paul Provinzano, Esq.<br>Attorney for Debtor<br>294 Main Street<br>Dupont, Pennsylvania, 18641<br>MyLawyer@JPPLaw.com |

    /s/ Martin A Mooney
    Martin A. Mooney

19-11360