
## CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 2, in Chapter 13 case# 19-04678 in the Middle District of Pennsylvania, for debtor(s) Stacey P Glover & Lori A Glover, to the following:

By US Mail, postage pre paid:

Debtor(s):

Stacey P Glover & Lori A Glover
2208 Creek Rd
Kingsley, PA 18826

BY CM/ECF

Debtor's Attorney:

Jason Provinzano

Trustee:

Jack N Zaharoupoulos

/s/ Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694