Certificate Number: 17572-PAM-DE-039124371

Bankruptcy Case Number: 19-04678



17572-PAM-DE-039124371

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 4, 2024</u>, at <u>6:43</u> o'clock <u>AM PST</u>, <u>Stacey P Glover</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 4, 2024</u>    By: <u>/s/Judy Alexander</u>

Name: <u>Judy Alexander</u>

Title: <u>Counselor</u>